IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-24-CA-00192-FB |
| | § | |
| KIDDER ENTERTAINMENT GROUP | § | |
| OF SA, LLC d/b/a Doc Browns; and | § | |
| ELIZABETH KIDDER, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of United States Magistrate Judge, filed in the above-captioned cause on May 29, 2025. (Docket no. 31). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (docket no. 31) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

Motion for Final Default Judgment (docket no. 26) is GRANTED and Plaintiff is awarded damages, fees, and costs as follows:

(1) $5,550 in statutory compensatory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II);

(2) $27,750 in statutory enhanced damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii);

(3) $5,700 in reasonable attorneys' fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii); and

(4) $549 in costs.

Defendant shall also pay post-judgment interest, to be calculated and compounded pursuant to 28 U.S.C. § 1961, until the judgment is paid in full.

IT IS FINALLY ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 30th day of June, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.